**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Aaron BELLAMY, Defendant–**
**Appellant.**

No. 07–12050
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 24, 2008.

Michael Donaldson, Orlando, FL, for Plaintiff-Appellee.

Peggy Morris Ronca, Orlando, FL, for Defendant–Appellant.

Before BIRCH, DUBINA and PRYOR, Circuit Judges.

PER CURIAM:

Michael Donaldson, appointed counsel for Aaron Bellamy in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. As independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Bellamy's

convictions and sentences are **AF-FIRMED.**